# MEMORANDUM
# TO THE HONORABLE FRDERICK BLOCK
# SENIOR UNITED STATES DISTRICT JUDGE

RE: Yitzchok Itzkowitz

DOCKET NO.: 99-CR-641

## Arrest Notification/Status Report

Reference is made to the above mentioned individual who was sentenced by Your Honor on April 25, 2002 to twenty-seven months imprisonment, three years supervised release with the following special conditions: (1) the defendant shall make full financial disclosure to the probation department and (2) the defendant shall comply with the restitution ordered in the judgement. The defendant was also ordered to pay $300,000 which was to be paid at rate of $300 per month or 10% of the gross monthly income whichever is greater; payments shall commence 30 days from the date of this judgement and be paid on a monthly basis. A $100 special assessment was also ordered. This sentenced followed a guilty plea to Attempt to Defraud a Financial Institution.

By way of background, on December 9, 2002, the defendant was sentenced by the Honorable Denny Chin, U.S.D.J. for the Southern District of New York, on the charges of Conspiracy to Defraud a Federally Funded Program and Wire Fraud, Filing False Claims with the U.S., and Mail Fraud. The defendant was sentenced to 37 months imprisonment on each count to be served concurrently; 17 months to run concurrent with the E.D.N.Y. and 20 months to be served consecutively to the E.D.N.Y., 3 years supervised release, with the following special conditions: (1) the defendant will provide the probation officer with access to any requested financial information and (2) the defendant will not incur any new lines of credit charges or open additional lines of credit without approval of the probation officer unless the defendant is in compliance with the installment payment schedule. Also ordered was restitution in the amount of $239, 593.00 and a $300 special assessment fee.

The defendant commenced his supervised release on July 11, 2005 and resides with his parents in Brooklyn, NY. He has obtained employment with the Shop Rite Corporation in New Jersey as a manager of the kosher meat department. On August 18, 2005, the defendant was arrested by the New York City Police Department's 66th Precinct for violation of an order of protection. During the defendant's incarceration, he and his wife, Marlene Itzkowitz, became estranged and she wanted to terminate the marriage. The defendant refused to accept this and wrote her letters and once released, attempted to see her. Mrs. Itzkowitz petitioned family court for an order of protection on July 20, 2005 to have him stop harassing her. Mrs. Itzkowitz stated that she was never concerned of any type of violence, but that the defendant felt that he could call or come to the house at all hours in the night. Though he accepted a New York State civil divorce, the defendant refused to give his wife a Jewish divorce which would allow her to date and marry again. It should be noted that Mrs. Itzkowitz became involved with an individual who is currently on supervised release with this office. On August 17, 2005, Mrs. Itzkowitz discovered that the defendant had placed her name on an internet site noting that she was a prostitute, as well continuing to call her home. The defendant was arrested and charged with violating the order.

The defendant commenced mental health therapy with Mr. Shaya Lebovits, C.S.W. in August 2005. The defendant agreed to a Jewish divorce and Mrs. Itzkowitz dropped charges against the defendant. All charges have been dismissed.

The defendant continues to progress and has not had any further contact with his ex-wife. Currently, the defendant is paying $50 per month towards his outstanding financial obligations and is in compliance with his child support payments, which are garnished from his paycheck. We will continues to monitor the situation to insure that the defendant is fulfilling the court-mandated obligations.

We respectfully recommend that the defendant be allowed to continue on supervised release and that no action be taken for the August arrest. We continue to assess this individual to determine if there are further issues that may prohibit him from making a positive adjustment. Any new developments will be addressed with the Court. We ask that Your Honor indicate a response below.

RESPECTFULLY SUBMITTED:

TONY GAROPPOLO
CHIEF U.S. PROBATION OFFICER

PREPARED BY: _____
Gwendolyn E. Munley
U.S. Probation Officer

APPROVED BY: _____
Nella H. Yelenovic
Supervising U.S. Probation Officer

January 24, 2006

☒ Continue on supervised release.

☐ Other Directive of the Court·

_____        2-9-06
The Honorable Frederick Block, SR. U.S. District Judge        Date